In the Matter of the Accounting of FREDERIC K. KNOWL-
TON et al., as Administrators of the Estate of MARK D.
KNOWLTON, Deceased, Respondents; ELIZABETH K.
KNOWLTON et al., Appellants.

Argued November 22, 1938; decided December 6, 1938.

*Francis C. Wickes* and *John F. Thomas* for appellants.
*John G. Shaw* and *John W. Branch* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.